ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY McGEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY<br><br>    Defendant | NO. CV 08-5628 (PJW)<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS FEES UNDER EAJA<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED that counsel as assignee of plaintiff be awarded attorneys fees under EAJA in the amount of $3,650.00.

Dated: January 28, 2010

/s/ Patrick J. Walsh
Patrick J. Walsh
U.S. Magistrate Judge